UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LAWRENCE E. HICKS, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:24-CV-0463-X-BN |
| | § | |
| TXU ENERGY, | § | |
| | § | |
| *Defendant.* | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case.   (Doc. No. 7).   Magistrate Judge David Horan recommended that the Court dismiss this case without prejudice for lack of subject-matter jurisdiction, or, in the alternative, dismiss this case for failure to state a claim. (Doc. 7 at 2).   Plaintiff Lawrence E. Hicks filed an objection.   (Doc. 8).   The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error.   Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.   Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** Hicks's complaint for lack of subject-matter jurisdiction.   (Doc. 1).

1

**IT IS SO ORDERED** this 11th day of July, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE